[No. 60.    Decided December 10, 1890.]

A. J. ANDRESSEN v. J. W. GRIFFITHS AND EDWARD METCALFE.

*Appeal from Superior Court, Clallam County.*

*Bush & Noyes,* for appellant.

*Johnson & Moody,* for appellees.

The opinion of the court was delivered by

DUNBAR, J.—For the reasons given in the case of *William Ritchie v. J. W. Griffiths and Edward Metcalfe, ante,* p. 429, the judgment of the lower court is reversed, and the cause is remanded to said court with instructions to proceed in accordance with this opinion.

ANDERS, C. J., and SCOTT, HOYT and STILES, JJ., concur.